# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SAMAYOA,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS, Warden,<br><br>　　　　　　　　Respondent. | Case No.: 00cv2118-W<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR APPOINTMENT OF CO-COUNSEL** |

Pending before the Court is Petitioner's supplemental briefing on his request for appointment of the Arizona Federal Public Defender to assist in state clemency proceedings. (*See Supp. Brief* [Doc. 121] 4:16–18.) The supplemental brief was filed pursuant to this Court's order that was issued after the Ninth Circuit remanded the case for consideration of whether the Petitioner is financially unable to obtain adequate representation. See Samayoa v. Davis, 928 F.3d 1127, 1128 (9th Cir. (2019). Respondent has notified the Court that it does not intend to respond to Petitioner's supplemental brief. (*See Resp's Notice* [Doc. 123].)

//

//

Having reviewed Petitioner's supplemental brief and good cause appearing, the Court **GRANTS** the motion and **ORDERS** the appointment of the Arizona Federal Public Defender as co-counsel for clemency proceedings.

**IT IS SO ORDERED.**

Dated: September 30, 2019

_____
Hon. Thomas J. Whelan
United States District Judge

2
00cv2118